(Decided June 17th, 1896).

---

## THE STATE OF MARYLAND *v.* WALTER SMITH.

*Bastardy—Act of 1894 Applicable to Offences Committed Before its Passage.*

The preceding case of *Lynn* v. *State*, construing the Act of 1894, chap. 108, relating to bastardy, followed.

Appeal as upon writ of error from the Circuit Court for Frederick County.

The case was submitted on brief by *Harry M. Clabaugh*, *Attorney General*, *William H. Hinks*, *State's Attorney for Frederick County*, and *Glenn H. Worthington*, for the appellant.

BOYD, J., delivered the opinion of the Court.

In this case the Court below sustained the demurrer to the indictment and entered judgment for the traverser. The appellee did not file a brief, but the State did. As we

understand from it and from the petition for a writ of error, that the 'demurrer was sustained on the ground that the Act of 1894, chapter 108, was unconstitutional as to offences committed prior to its passage, it will only be necessary for us to refer to the opinion filed in the case of *Daniel H. Lynn* v. *State*, decided at this term, in which we held the contrary ; judgment must therefore be reversed and the case remanded to the end that the traverser may be tried.

> *Judgment reversed and a new trial ordered.*